Samuel E. Pullins
BCP# 6444-98
Housing Unit, J-103
Berks County Prison,
1287 County Welfare Rd.
Leesport, PA. 19533-9397

6/13/2000

FILED
SCRANTON
JUN 15 2000
PER _____
DEPUTY CLERK

To whom it may concern, in the U.S. District Court House, Clerk Office, Mary E. D'Andrea. I Samuel E. Pullins in written this letter to let the court no that Plaintiff Pullins in said case(s) RE: 1:00-CV-00872, Pullins v. County of Schuylkill, Judge: Yvetta Kane, and RE: 1:00-CV-00769 Pullins v. Commonwealth of Penn. Judge: Yvette Kane has been transferred to the above address Berks County Prison, and this place is holding my mail. I send a letter last week, I would like to no if the courts recieved this information. Also Plaintiff is in need of forms motion for appointment of counsel; request for production. Also I would like to know how much it will cost to get a copy of the Federal Rules of Civil Procedures and/or where do I go to get this information besides the prison library, I'm being watched and will be back in the hole soon. Oh, also can you explain how do I amend to these complaint (information that happened after I file these complaints. I remain! Thank you, Samuel E. Pullins