OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

MARY E. D'ANDREA
Clerk of Court

Divisional Offices

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

July 5, 2000

Mr. Samuel E. Pullins
#6444-98
Berks County Prison
1287 County Welfare Road
Leesport, PA  19533

FILED
SCRANTON
JUL 6 2000
PER _____ DEPUTY CLERK

Re: <u>Pullins v. Commonwealth of Pennsylvania, et al.</u>,
Civil No. 1:CV-00-0769  (Judge Kane)

Dear Mr. Pullins:

I am writing in response to your letter dated June 13, 2000 regarding the case referenced above.  Court personnel may not render legal advice to a litigant, nor may they issue any legal relief that is not requested in a motion appropriately filed with the Clerk of Court and served on counsel for any opposing parties.

Please submit any future requests for relief in the form of a formal motion, not in informal correspondence either to the Clerk of Court or to the Judge presiding in your case.  Although there is usually a per page charge for copies, I am enclosing for your reference a current docket sheet.  This copy is being provided to you on this one occasion free of charge.

There are no forms for appointment of counsel or request for production.  You may type or legibly write such motions, making sure to refer to your case number at the top.  Regarding your request for a copy of the Federal Rules of Civil Procedure, this office does not have extra copies for the public.  Such a research book should be available in your prison law library.

Sincerely,

M. C. Schimelfenig, Esquire
Pro Se Law Clerk