⑨
1/5/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMUEL E. PULLINS

    Plaintiff

v.                          CIVIL NO. 1:CV-00-0769

COMMONWEALTH OF PENNSYLVANIA,   (Judge Kane)
ET AL.,

    Defendants

FILED
HARRISBURG, PA

JAN 0 4 2001

MARY E. D'ANDREA, CLERK
PER _____
    DEPUTY CLERK

## ORDER

NOW, THIS 4th DAY OF JANUARY, 2001, IT IS HEREBY ORDERED THAT, Plaintiff's application to proceed in forma pauperis (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

_____
Yvette Kane
United States District Judge

---

1. Pullins completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 4, 2001

Re:  1:00-cv-00769    Pullins v. Commonwealth of Penn

True and correct copies of the attached were mailed by the clerk to the following:

Samuel E. Pullins
Berks Co. Prison #6444-98
Berks Co. Prison 1287
Co. Welfare Road
Leesport, PA  19533

cc:
Judge                         (✓)
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen   ( )   PA Atty Gen ( )
                                      DA of County  ( )   Respondents ( )
Bankruptcy Court              ( )
Other  PRShC                  (✓)
       Bellsario

MARY E. D'ANDREA, Clerk

DATE:  1-4-01                                BY:  _____
                                                  Deputy Clerk