JUDGE'S COPY

Samuel E. Pullins
310 N. 12th St., Pottsville
PA. 17901.

12-22-2001

I, Samuel E. Pullins, Plaintiff in Docket No.: 1:00-CV-00769, Pullins vs. Commonwealth of Penn., et al., Assigned Judge Yvette Kane.

Plaintiff would like to at this time put in a change of address from Berks County Prison 1287, Co. Welfare Road Leesport, PA. to above permanet address: 310 N. 12th St, Pottsville PA. 17901., which is my home address before and after filing of civil action.

Thank you,
Truly yours,
Mary Schimelfening

FILED
HARRISBURG
JAN 24 2001
MARY E. D'ANDREA, C
Per_____
DEPUTY CLERK