SAMUEL E. PULLINS
4006 PERRY STREET
JACKSONVILLE FLORIDA
32208

JUDGE'S COPY

PRSLC Schimelfenig

I, SAMUEL E. PULLINS HAS CHANGED MY ADDRESS from 310 N. 12TH STREET POTTSVILLE PA. 17901 TO 4006 PERRY STREET, JACKSONVILLE FLORIDA 32208.

THESE ARE CIVIL DOCKET CASES NUMBERS IN NEED of ADDRESS CHANGED PULLINS V. Com. OF PENN. 00-CV-769 AND PULLINS V. SCH COUNTY 00-CV-822 TO 4006 PERRY STREET JACKSONVILLE FLORIDA 32208.

REFFED TO PRO SE LAW CLERK MARY SCHIMELFENIG

THANK YOU
Samuel E Pullins 3-22-01

FILED
HARRISBURG, PA

MAR 26 2001

MARY E. D'ANDREA, CLERK
Per _____