*See Attached*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SAMUEL E. PULLINS, :
:
    Plaintiff : CIVIL NO. 1:CV-00-0769
:
v. : (Judge Kane)
:
COMMONWEALTH OF PENNSYLVANIA, :
et al., :
:
    Defendants :

FILED
HARRISBURG, PA
JUL 2 4 2001
MARY E. D'ANDREA, CLERK
Per _____

O R D E R

**BACKGROUND**

    By order of June 26, 2001, plaintiff was directed to file an amended complaint within twenty (20) days of the date of the order. The order further advised plaintiff that failure to file an amended complaint would result in the dismissal of this action. Although the time to file an amended complaint has passed, plaintiff has neither filed an amended complaint nor requested an extension of time within which to do so. Consequently, this action will be dismissed with prejudice.

    NOW, THEREFORE, THIS 23rd DAY OF JULY, 2001, IT IS HEREBY ORDERED THAT:

    1. This action is dismissed with prejudice.

    2. The Clerk of Court shall close this case.

    3. Any appeal from this order will be deemed frivolous,

Certified from the record
Date 7/24/01
Mary E. D'Andrea, Clerk
Per _____

without probable cause and not taken in good faith.

_____
YVETTE KANE
United States District Judge

YK:dlb

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 24, 2001

Re: 1:00-cv-00769   Pullins v. Commonwealth of Penn

True and correct copies of the attached were mailed by the clerk to the following:

Samuel E. Pullins
4006 Perry Street
Jacksonville, FL  32208

cc:
Judge                         (✓)              (✓) Pro Se Law Clerk
Magistrate Judge              ( )              ( ) INS
U.S. Marshal                  ( )              ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 (✓)
Orig-Security                 (✓)
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )

Bankruptcy Court              ( )
Other_____       ( )

                                                  MARY E. D'ANDREA, Clerk

DATE:  7/24/01                                    BY: [signature]
                                                      Deputy Clerk